UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X
UNITED STATES OF AMERICA,

              Plaintiff,

              -against-

U.S. CURRENCY IN THE AMOUNT
OF $6,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010056696800
IN THE NAME OF LUIS FERNANDO RODRIGUEZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $10,200.00 HELD IN THE FIRST
UNION BANK OF WACHOVIA ACCOUNT
#1010015491240 IN THE NAME
OF CESAR SERRANO, AND ALL
PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $7,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1090004318150
IN THE NAME OF JORGE ENRIQUE SUAREZ
MENDEZ, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $3,000.00 HELD IN CITIBANK ACCOUNT
#0007024507 IN THE NAME OF STELLA BELTRAN,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $20,000.00 HELD IN CITIBANK ACCOUNT
#3107168907 IN THE NAME OF
CARLOS EMILIO VARGAS RAMOS,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $8,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #3884168838 IN THE NAME OF
AMIBAL NOGUERA, AND ALL PROCEEDS
TRACEABLE THERETO;

**STIPULATION OF PARTIAL SETTLEMENT AND DECREE OF FORFEITURE**

Civil Action
CV-04-1726

(Garaufis, J)
(Gold, M.J.)

U.S. CURRENCY IN THE AMOUNT
OF $9,185.00 HELD IN FLEET BANK ACCOUNT
#9417201490 IN THE NAME OF CENTER FOR
ENGLISH STUDIES, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $7,000.00 HELD IN CITIBANK ACCOUNT
#3106367673 IN THE NAME OF
MARIO IVAN VIVAS, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $1,500.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010060381622
IN THE NAME OF JHON BLANCO,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $3,800.00 HELD IN CITIBANK ACCOUNT
#0045802250 IN THE NAME OF MARTHA DUQUE,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,400.00 HELD IN CITIBANK ACCOUNT
#3107998274 IN THE NAME OF GINA DE SALVO,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $2,050.00 HELD IN CITIBANK ACCOUNT
#93775648 IN THE NAME OF STEVENS GOMEZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $2,150.00 HELD IN CITIBANK ACCOUNT
#44307637 IN THE NAME OF STEVENS GOMEZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $2,100.00 HELD IN CITIBANK ACCOUNT
#57549176 IN THE NAME OF MARIA GARZON,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $6,708.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010046466370
IN THE NAME OF PABLO NELSON SUAREZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #380-0914124 IN THE NAME OF
W. HERNANDEZ, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #0670270603 IN THE NAME OF
LUIS G. ANZOLA MORA, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
$10,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #2000012768422 IN
THE NAME OF BIOREG PHARMACEUTICAL,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1090004318150
IN THE NAME OF JORGE ENRIQUE SUAREZ M,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $2,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010017606460
IN THE NAME OF ANA BURITICA,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $7,000.00 HELD IN CITIBANK ACCOUNT
#3195276562 IN THE NAME OF
GERARDO OSORIO, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $7,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #8312175636 IN THE NAME OF
IBRAHIN ZATARI, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1090004318150
IN THE NAME OF JORGE ENRIQUE SUAREZ MENDEZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $12,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010024103037
IN THE NAME OF MAURICIO QUIJANO,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $10,000.00 HELD IN CITIBANK
ACCOUNT #3107177626 IN THE NAME OF
ALEJANDRO BOLIVAR ROJAS, AND ALL
PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $18,000.00 HELD IN CITIBANK ACCOUNT
#3200073254 IN THE NAME OF
MART TRADING INC, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $2,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #429470231-5 IN THE NAME OF
ALMA CASTELLANOS, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,600.00 HELD IN WASHINGTON MUTUAL
ACOUNT #095625211-9 IN THE NAME OF
GINA DE SALVO, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $3,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #4901995469 IN THE NAME OF
ADRIANA MARCELA OLARTE RAMOS,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $1,200.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #4903590316 IN THE NAME OF
RONNY GOMEZ, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $1,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #4903586612 IN THE NAME OF
STEPHANIE VILLEGAS, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #0670270603 IN THE NAME OF
LUIS G. ANZOLA MORA, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN WASHINGTON
MUTUAL ACCOUNT #380-0914124 IN
THE NAME OF W. HERNANDEZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $10,000.00 HELD IN FLEET BANK ACCOUNT
#4110028206 IN THE NAME OF ESPERANZA
URREGO, AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $3,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010046468446
IN THE NAME OF GONZALO SUAREZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #3000038960944
IN THE NAME OF JUAN C. ROJAS,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $4,900.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010056686713
IN THE NAME OF ROSA LILIA MEDINA,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $3,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010024103037
IN THE NAME OF MAURICIO QUIJANO,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1090004318150
IN THE NAME OF JORGE ENRIQUE SUAREZ
MENDEZ, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $6,826.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010047458442
IN THE NAME OF ROBERTO LUQUE,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $1,500.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010050185278
IN THE NAME OF MARIO ZAPATA,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $1,500.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010050187412
IN THE NAME OF RONNY GOMEZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $1,500.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010050185427
IN THE NAME OF ANA GOMEZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $1,500.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010050186387
IN THE NAME OF ANDRES VILLARDEL,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $6,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010046466370
IN THE NAME OF PABLO NELSON SUAREZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $2,000.00 HELD IN CITIBANK ACCOUNT
#0057928600 IN THE NAME OF NESTOR A.
CAMARGO, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $2,000.00 HELD IN CITIBANK ACCOUNT
#0057928563 IN THE NAME OF NESTOR A.
CAMARGO, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $8,000.00 HELD IN CITIBANK ACCOUNT
#62900696 IN THE NAME OF ALEJANDRO
MANDIETA, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #383358108-1 IN THE NAME OF
PROPHOTO OF MIAMI, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $3,300.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #8314219630 IN THE NAME OF
SILVER MOON CONCEPTS, INC,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $3,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #4290433592 IN THE NAME OF
MARIELA NIETO, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $10,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #0670270603 IN THE NAME OF
LUIS G. ANZOLA MORA, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $5,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #4901995469 IN THE NAME OF
ADRIANA M. OLARTE R., AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $4,000.00 HELD IN CHASE MANHATTAN
BANK ACCOUNT #058505342 IN THE NAME OF
HERNANDO BUSTOS, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $7,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #0920931533 IN THE NAME OF
CLARA LUCIA AVILA, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $14,533.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #3923057603 IN THE NAME OF
HERMAN CASTRO, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $7,000.00 HELD IN FIRST UNION BANK
OF WACHOVIA ACCOUNT #1010091022808
IN THE NAME OF GIOVANNY ANTONIO LOPEZ,
AND ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $10,000.00 HELD IN WASHINGTON MUTUAL
ACCOUNT #380-0914124 IN THE NAME OF
W. HERNANDEZ, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $10,000 HELD IN WASHINGTON MUTUAL
ACCOUNT #0670270603 IN THE NAME OF
LUIS G. ANZOLA MORA, AND ALL PROCEEDS
TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF $10,000 HELD IN WASHINGTON MUTUAL
ACCOUNT #2000006701929 IN THE NAME OF
CARNEADE MANAGEMENT GROUP, AND
ALL PROCEEDS TRACEABLE THERETO;

U.S. CURRENCY IN THE AMOUNT
OF THIRTY-TWO THOUSAND THREE HUNDRED
FIFTY DOLLARS ($32,350.00), AND
ALL PROCEEDS TRACEABLE THERETO;

ALL FUNDS HELD IN WACHOVIA BANK
ACCOUNT #200014628308 IN THE NAME OF
GLOBAL LAG CORP, AND ALL PROCEEDS
TRACEABLE THERETO;

ALL FUNDS HELD IN WACHOVIA BANK
ACCOUNT #1010078649615 IN THE NAME OF
GUILLERMO SOACHA, AND ALL PROCEEDS
TRACEABLE THERETO;

ALL FUNDS HELD IN WASHINGTON MUTUAL
ACCOUNT #4883545259 IN THE NAME OF
GUILLERMO SOACHA, AND ALL PROCEEDS
TRACEABLE THERETO;

ALL FUNDS HELD IN WASHINGTON MUTUAL
ACCOUNT #3800914124 IN THE NAME OF
WILHELM HERNANDEZ, AND ALL PROCEEDS
TRACEABLE THERETO;

ALL FUNDS HELD IN WACHOVIA BANK
ACCOUNT #1010047185058, #1010053793913,
AND #3000054641700 IN THE NAME OF
EDITH BERKLEY, AND ALL PROCEEDS
TRACEABLE THERETO;

ALL FUNDS HELD IN CITIBANK ACCOUNT
#3107974861, #3106826907, #2605365580,
AND #50H10313 IN THE NAME OF
HICHAM NOUREDDINE, AND ALL PROCEEDS
TRACEABLE THERETO;

ALL FUNDS HELD IN WACHOVIA BANK
ACCOUNT #2000001915480 IN THE NAME OF
L&AR GROUP, AND ALL PROCEEDS
TRACEABLE THERETO;

ALL FUNDS HELD IN WACHOVIA BANK
ACCOUNT #2000007484148 IN THE NAME OF
COINCARGA, AND ALL PROCEEDS
TRACEABLE THERETO;

ALL FUNDS HELD IN WASHINGTON MUTUAL
ACCOUNT #0934465396 IN THE NAME OF
ADC INTERNATIONAL, AND ALL PROCEEDS
TRACEABLE THERETO,

                        Defendants.
-------------------------------------------X

WHEREAS, on or about May 13, 2004, upon the filing of a Third Amended Verified Complaint *in rem*, the United States District Court for the Eastern District of New York issued a warrant for the arrest of articles *in rem*, finding probable cause to believe that

the defendant funds were involved in transactions or attempted transactions in violation of 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C) and 21 U.S.C. § 881(a)(6), and/or traceable to such property and that, as a result of the foregoing, the defendant funds were subject to seizure and forfeiture to the United States; and

WHEREAS, the amended warrant and Plaintiff's Third Amended Verified Complaint in rem were timely served on all potential claimants by duly authorized agents of the United States; and

WHEREAS, Mario Ivan Vivas filed a claim to the following defendant funds: U.S. Currency in the Amount of $7,000.00 held in Citibank Account #3106367673 in the name of Mario Ivan Vivas, and all proceeds traceable thereto, and all proceeds traceable thereto ("Vivas's Funds") and

WHEREAS, no other person or entity has filed a claim to Vivas's Funds; and

WHEREAS, the time to file claims has expired; and

WHEREAS, Mario Ivan Vivas is proceeding pro se and is authorized to represent himself and to execute this Stipulation of Partial Settlement on behalf of himself.

IT IS HEREBY STIPULATED AND AGREED by and between Mario Ivan Vivas and the United States as follows:

1. Mario Ivan Vivas consents to the immediate condemnation and forfeiture, to the use and benefit of the United States of

America, pursuant to 18 U.S.C. §§ 981(a)(1)(A), 981(a)(1)(C) and 21 U.S.C. § 881(a)(6), of the total sum of $5,600.00 (Five Thousand Six Hundred Dollars), which was seized from the following defendant in rem:

> U.S. Currency in the amount of $7,000.00 held in Citibank Account #3106367673 in the name of Mario Ivan Vivas, and all proceeds traceable thereto.

2. In further consideration of the above, Mario Ivan Vivas agrees to release, remise, discharge the plaintiff United States of America and its agencies, agents, officers, and employees, past and present, from all claims or causes of action which Vivas's Funds, Mario Ivan Vivas, his agents, officers, employees, heirs and assigns, ever had, now have, or hereafter may have against plaintiff and its agents, officers, and employees, past and present, for or on account of the incidents or circumstances giving rise to the commencement of the above-captioned action or for any conduct or action in any way connected to the seizure, custody and forfeiture or release of Vivas's Funds or arising from the provisions of the instant stipulation of partial settlement.

3. This Stipulation constitutes the entire agreement between the United States of America and Mario Ivan Vivas, respecting the resolution of this action as to Vivas's Funds and may not be modified or amended except by written agreement executed by the United States of America and Mario Ivan Vivas.

4. Mario Ivan Vivas represents that he is the sole claimant

to Vivas's Funds. Mario Ivan Vivas further represents that he is fully authorized to execute this Stipulation of Partial Settlement and all other documents necessary to effectuate the Settlement and Forfeiture to the United States of the total sum of $5,600.00 (Five Thousand Six Hundred Dollars) of Vivas's Funds (the "Forfeited Funds").

5. Mario Ivan Vivas waives his rights, if any, to use the instant action or its partial settlement as a basis for any statutory or constitutional defense, including, without limitation, a defense based upon the double jeopardy provisions of the Fifth Amendment or the Excessive Fines Clause of the Eighth Amendment, in any pending or subsequent civil, criminal or administrative action.

6. Plaintiff and Mario Ivan Vivas acknowledge and agree that the forfeitability of Vivas's Funds is a contested issue in this litigation and that Mario Ivan Vivas is agreeable to entering into this Stipulation of Partial Settlement and Decree of Forfeiture to avoid the expense and effort of asserting a claim to Vivas's Funds and in responding to the discovery in this action. The execution of the Stipulation of Partial Settlement and Decree of Forfeiture by Mario Ivan Vivas is not an admission of liability, nor an admission of violation of law, nor an admission of wrongdoing on the part of Mario Ivan Vivas. Upon the execution of this Stipulation of Partial Settlement of Decree of Forfeiture, by the

parties hereto, and by the presiding Judge, Vivas's Funds shall be dropped as a party to this action.

7. The United States Marshals Service and its duly authorized agents are hereby authorized to seize and deposit the Forfeited Funds, namely $5,600.00 (Five Thousand Six Hundred Dollars) into the United States Marshals Service's Forfeiture Fund and to dispose of the Forfeited Funds in accordance with all laws and regulations.

8. The sum of $1,400.00 (One Thousand Four Hundred Dollars) which represents remainder of the seized funds from Citibank Account #3106367673 in the name of Mario Ivan Vivas, less the sum of $5,600.00 shall be returned to Mario Ivan Vivas following the entry of this Stipulation of Partial Settlement and Decree of Forfeiture. The United States Marshal's Service is hereby directed to return the sum of $1,400.00 (One Thousand Four Hundred Dollars) to Mario Ivan Vivas by a check made payable to Mario Ivan Vivas at the following address: Carrera 11A, Numero 9837, Barrio Chica, Bogota Colombia.

9. The Court shall maintain jurisdiction over this action to effectuate the Partial Settlement in this matter.

10. This Stipulation of Partial Settlement and Decree of Forfeiture shall be final and binding only upon the Court's "so ordering" of the order.

11. The Clerk of the Court shall forward five certified copies of this Stipulation of Partial Settlement to the Undersigned Assistant United States Attorney.

Dated: Brooklyn, New York
May 5, 2005

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
One Pierrepont Street, 14th Fl
Brooklyn, New York 11201

By: *Keisha Ann G. Gray*
KEISHA-ANN G. GRAY
Assistant U.S. Attorney
(718) 254-6020

Dated: Bogota, DC
May 13, 2005

MARIO IVAN VIVAS
Carrera 11A Numero 9837
Barrio Chico
Bogota, Colombia, South America

By: *[signature]*
MARIO IVAN VIVAS

On May 13, 2005, before me, MARIO IVAN VIVAS, personally came and known to me and who by me was duly sworn and did depose and say that deponent is the true owner of the U.S. Currency in the Amount of $7,000.00 held in Citibank Account #3106367673 in the name of Mario Ivan Vivas, and all proceeds traceable thereto, and all proceeds traceable thereto ("Vivas's Funds"), and that he is thus authorized to execute the settlement of this action as described above, and that deponent signed the document.

_____
NOTARY PUBLIC

**SO ORDERED** this

17 day of May 2005

_____
HONORABLE NICHOLAS G. GARAUFIS
United States District Judge

DILIGENCIA DE RECONOCIMIENTO
ANTE EL NOTARIO QUINCE DEL CIRCULO
DE BOGOTA, COMPARECIO:

Mario Juan Vivas Perdomo
Quien Exhibio la C.C. 19.380.860
Expedida en: BTA
y declaro que la firma que aparece en
el presente documento es suya y que
el contenido del mismo es cierto.

X *[signature]*
Firma Autografa del Declarante
Bogota,

13 MAYO 2005

Autorizo el anterior reconocimiento
GUSTAVO COMBATT LACHARME
Notario Quince